Gaetona Costanzo, Appellee, v. Thomas J. Friel and Charles C. Renshaw, Trustees et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,769.

opinion filed

February 20, 1947; rehearing denied April 3, 1947; released for publication April 3, 1947. James O. Dwight, Joseph P. Brodie and Arthur J. Donovan, for appellants; William J. Flaherty and William S. Allen, of counsel; James A. Dooley, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.